```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 15983
    YVONNE MIKESH
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-2626

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/22/2004 and was confirmed 07/14/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/22/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
OLD KENT BANK              SECURED NOT I        .00           .00            .00
AMERICASH LOANS LLC        UNSECURED         446.14           .00         446.14
CITY OF CHICAGO PARKING    UNSECURED         620.00           .00         620.00
CITY OF CHICAGO            NOTICE ONLY    NOT FILED           .00            .00
COMMONWEALTH EDISON        UNSECURED      NOT FILED           .00            .00
MACNEAL HEALTH NETWORK     UNSECURED      NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED OTH     107.64           .00         107.64
JEFFERSON CAPITAL SYSTEM   UNSECURED         1408.28          .00        1408.28
RMA                        UNSECURED      NOT FILED           .00            .00
WOMENS WORKOUT WORLD COR   UNSECURED      NOT FILED           .00            .00
ZALUTSKY & PINSKI LTD      REIMBURSEMENT    194.00            .00         194.00
ALBARO ACOSTA              UNSECURED      NOT FILED           .00            .00
OLD KENT BANK              UNSECURED      NOT FILED           .00            .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY    2,000.00                       2,000.00
TOM VAUGHN                 TRUSTEE                                         273.66
DEBTOR REFUND              REFUND                                           59.28

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  5,109.00

PRIORITY                                       194.00
SECURED                                           .00
UNSECURED                                    2,582.06
ADMINISTRATIVE                               2,000.00
TRUSTEE COMPENSATION                           273.66
DEBTOR REFUND                                   59.28
                        -----------         -----------
TOTALS                   5,109.00            5,109.00

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 15983 YVONNE MIKESH
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 01/28/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
    CASE NO. 04 B 15983 YVONNE MIKESH
```